# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of April, two thousand twenty-six.

Before: Denny Chin,
Susan L. Carney,
Richard J. Sullivan,
*Circuit Judges*.

---

**AMENDED JUDGMENT**

Docket No. 23-999

Ronald E. Powell, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, Robert O'Toole, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, Robert Wilson, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, Brian Jordan, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, Donald G. Schaper, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, William R. Seehafer, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund,

Plaintiffs - Appellants,

v.

Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, Ocwen Mortgage Servicing, Inc., Altisource Portfolio Solutions, S.A., Altisource Residential Corporation, Altisource Asset Management Corporation, Assurant, Inc., Standard Guaranty Insurance Company, American Security Insurance Company, Voyager Indemnity Insurance Company, American Bankers Insurance Company of Florida, HomeSure Services, Inc., Cross Country Homes Services, Inc., HomeSure of America, Inc.,

Homesure Protection of Virginia Inc., Wells Fargo Bank, N.A., Altisource Solutions, Inc., REALHome Services and Solutions, Inc., Altisource Online Auctions, Inc., Southwest Business Corporation,

Defendants - Appellees.

---

The appeal in the above captioned case from an order and judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's judgment is AFFIRMED in part and VACATED in part, and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court