**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of June, two thousand and twenty-six,

Before:     Denny Chin,
            Susan L. Carney,
            Richard J. Sullivan,
                Circuit Judges.

_____

| | |
|---|---|
| Ronald E. Powell, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, Robert O'Toole, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, Robert Wilson, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, Brian Jordan, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, Donald G. Schaper, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, William R. Seehafer, as Trustee of The United Food & Commercial Workers Union & Employers Midwest Pension Fund, | **ORDER**<br>Docket No. 23-999 |

                Plaintiffs - Appellants,

v.

Ocwen Financial Corporation, Ocwen Loan Servicing, LLC, Ocwen Mortgage Servicing, Inc., Altisource Portfolio Solutions, S.A., Altisource Residential Corporation, Altisource Asset Management Corporation, Assurant, Inc., Standard Guaranty Insurance Company, American Security Insurance Company, Voyager Indemnity Insurance Company, American Bankers Insurance Company of Florida, HomeSure Services, Inc., Cross Country Homes Services, Inc., HomeSure of America, Inc., Homesure Protection of Virginia Inc., Wells Fargo Bank, N.A., Altisource Solutions, Inc., REALHome Services and Solutions, Inc., Altisource

Online Auctions, Inc., Southwest Business Corporation,

        Defendants - Appellees.

_____

        Appellees Wells Fargo Bank, N.A., Ocwen Financial Corporation, Ocwen Loan Servicing, LLC and Ocwen Mortgage Servicing, Inc., having filed a petition for panel rehearing and the panel that determined the appeal having considered the request,

        IT IS HEREBY ORDERED that the petition is DENIED.

        For The Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court